IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MYEESHA FOSTER, | Civil File No. 09-00128-DW |
| Plaintiff, | |
| vs. | STIPULATION OF DISMISSAL WITH PREJUDICE |
| NCO FINANCIAL SYSTEMS, INC., | |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the plaintiff Myeesha Foster, and the defendant, NCO Financial Systems, Inc. hereby stipulate to the dismissal of the above-styled case and any claims that were raised or that could have been raised in this action, <u>with prejudice</u>, each side to bear its own costs and attorneys fees.

Respectfully submitted,

Dated: __04/24/09_____   By __/s/ J. Mark Meinhardt_____
J. Mark Meinhardt, #53501
4707 College Boulevard, Suite 100
Leawood, KS  66211
(913) 451-9797
(913) 451-6163 (fax)
ATTORNEY FOR PLAINTIFF

Dated: __04/24/09_____   By __/s/ Richmond M. Enochs_____
Richmond M. Enochs
Wallace, Saunders, Austin, Brown & Enochs
10111 West 87th Street
Overland Park, KS 66212
(913) 888-1000
(913) 888-1065 (fax)
ATTORNEYS FOR DEFENDANT